**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-5193** |
| | : | |
| **GO FOOT CARE LLC** | : | |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-5194** |
| | : | |
| **VENANTE TOUSSAINT** | : | |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-5196** |
| | : | |
| **VENANTE TOUSSAINT** | : | |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-5197** |
| | : | |
| **MATTHEW BARKOFF** | : | |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-5198** |
| | : | |
| **ALLISON VITELLAET** | : | |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-159** |
| | : | |
| **VENANTE TOUSSAINT** | : | |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-161** |
| | : | |
| **VENANTE TOUSSAINT** | : | |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-223** |
| | : | |
| **GOVERNOR KATHY HOCHUL** | : | |

| | | |
|---|---|---|
| | : | |
| **In re Fritz Gerald Toussaint** | : | |
| | : | **CIVIL ACTION NO. 24-225** |
| | : | |
| | : | |

| | | |
|---|---|---|
| | : | |
| **In re Fritz Gerald Toussaint** | : | |
| | : | **CIVIL ACTION NO. 24-226** |
| | : | |
| | : | |

| | | |
|---|---|---|
| | : | |
| **In re Fritz Gerald Toussaint** | : | |
| | : | **CIVIL ACTION NO. 24-228** |
| | : | |
| | : | |

| | | |
|---|---|---|
| | : | |
| **In re Fritz Gerald Toussaint** | : | |
| | : | **CIVIL ACTION NO. 24-229** |
| | : | |
| | : | |

| | | |
|---|---|---|
| **In re Fritz Gerald Toussaint** | : : : : : : | **CIVIL ACTION NO. 24-230** |
| **In re Fritz Gerald Toussaint** | : : : : : : | **CIVIL ACTION NO. 24-233** |
| **In re Fritz Gerald Toussaint** | : : : : : : | **CIVIL ACTION NO. 24-235** |
| **In re Fritz Gerald Toussaint** | : : : : : : | **CIVIL ACTION NO. 24-236** |
| **In re Fritz Gerald Toussaint** | : : : : : : | **CIVIL ACTION NO. 24-237** |
| **In re Fritz Gerald Toussaint** | : : : : : : | **CIVIL ACTION NO. 24-238** |

| | | |
|---|---|---|
| **In re Fritz Gerald Toussaint** | : : : : : | **CIVIL ACTION NO. 24-239** |
| **In re Fritz Gerald Toussaint** | : : : : : | **CIVIL ACTION NO. 24-241** |
| **FRITZ GERALD TOUSSAINT**<br><br>v.<br><br>**INTERNAL REVENUE SERVICE** | : : : : : : | **CIVIL ACTION NO. 24-242** |
| **FRITZ GERALD TOUSSAINT**<br><br>v.<br><br>**OVS** | : : : : : : | **CIVIL ACTION NO. 24-247** |
| **FRITZ GERALD TOUSSAINT**<br><br>v.<br><br>**BROOKYLYN PUBLIC LIBRARY** | : : : : : : | **CIVIL ACTION NO. 24-251** |
| **FRITZ GERALD TOUSSAINT**<br><br>v.<br><br>**TANYA FAYE** | : : : : : : | **CIVIL ACTION NO. 24-252** |
| **FRITZ GERALD TOUSSAINT**<br><br>v.<br><br>**MERLIN CHARLES** | : : : : : : | **CIVIL ACTION NO. 24-254** |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-255** |
| | : | |
| **ALLIA ARRAZIA** | : | |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-281** |
| | : | |
| **THOMAS DINAPOLI** | : | |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-337** |
| | : | |
| **IHRC** | : | |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-411** |
| | : | |
| **HILLARY CLINTON** | : | |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-414** |
| | : | |
| **BOB BARRET** | : | |

| | | |
|---|---|---|
| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-417** |
| | : | |
| **ITZEL** | : | |

| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-419** |
| | : | |
| **DEPARTMENT OF HOMELAND SECURITY** | : | |
| | : | |

| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-420** |
| | : | |
| **RADAMES VELASQUEZ** | : | |

| **FRITZ GERALD TOUSSAINT** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-421** |
| | : | |
| **JABLONSKI** | : | |

## ORDER

This 7th day of February, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that these actions are dismissed, without prejudice.

It is further **ORDERED** that Plaintiff Fritz Toussaint is **ENJOINED** from filing any pleading or any new civil action unless he first provides the Clerk of Court with a valid mailing address[1] or email at which to receive orders and court notices.

---

[1] If Mr. Toussaint does not currently have a residence, he can seek assistance with mail from social service providers such as Broad Street Ministry, 315 South Broad Street, Philadelphia, PA 19107.

It is further **ORDERED** that Plaintiff Fritz Toussaint is **ENJOINED** from filing any pleading or any new civil action unless he accompanies the filing with payment of the required filing fee or a completed application to proceed *in forma pauperis.*

It is further **ORDERED** that Plaintiff Fritz Toussaint is **ENJOINED** from filing any pleading or any new civil action that fails to identify, in the caption, the party or parties against whom relief is sought.

/s/ Gerald Austin McHugh  
United States District Judge